## NEVADA CALIFORNIA POWER COMPANY, Appellant, v. J. M. ULLOM, etc., et al., Appellees.
### No. 8247.

Circuit Court of Appeals, Ninth Circuit.
Nov. 15, 1937.

Henry W. Coil, Newman Jones, H. M. Hammack, and D. L. King, all of Riverside, Cal., for appellant.

Gray Mashburn, Atty. Gen., and W. T. Mathews, Asst. U. S. Atty. Gen., and Roger T. Foley, Dist. Atty., of Las Vegas, Nev., for appellees.

Before WILBUR, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without prejudice to either party to this suit, and that this dismissal shall not be deemed or considered as deciding or adjudicating the merits of this suit or constitute res adjudicata as to any issue or issues therein, and that the respective parties

shall bear their own costs; that a decree of dismissal be filed and entered accordingly, and the mandate of this court herein issue forthwith.